In the Matter of the Application of ADELE TILLOTSON PIERIS, Respondent, for an Order to Determine the Lien of GEORGE WILLIAM CLUNE, an Attorney, Appellant.

*Matter of Pieris,* 82 App. Div. 466, affirmed.
(Argued October 7, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

July 14, 1903, which affirmed an order of Special Term confirming the report of a referee appointed in the above-entitled proceeding.

*Thomas Abbott McKennell* for appellant.

*Francis A. McCloskey* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.